UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-11860-RGS

LUIS DIAZ

v.

MILAGROS PEREZ, et al.

ORDER OF DISMISSAL

January 4, 2017

STEARNS, D.J.

In a memorandum and order dated November 21, 2016, the court directed plaintiff Luis Diaz to file an amended complaint within 42 days. The court explained why the court lacked jurisdiction over some of Diaz's claims and why certain allegations failed to state a claim upon which relief could be granted. The court warned Diaz that failure to comply with the directive would likely result in the dismissal of this action.

The 42-day time period for complying with the court's directive has expired and Diaz has not filed an amended complaint or otherwise communicated with the court.

Accordingly, for the reasons set forth in the court's November 21, 2016 memorandum and order, this action is DISMISSED. This is a final order of dismissal. No separate final order of dismissal will issue.

**SO ORDERED.**

                                    /s/ Richard G. Stearns
                                  UNITED STATES DISTRICT JUDGE